```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | |
|---|---|
| WILSON CHARLES, | : |
|     Petitioner, | : |
| v. | : |
| |     CIVIL ACTION 06-0556-WS-M |
| ALBERTO GONZALES, | : |
| MICHAEL CHERTOFF, | |
| WARDEN DAVID O. STREIFF,[1] | : |
|     Respondents. | : |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action be DISMISSED as MOOT.

DONE this 9th day of January, 2007.

```
                         S/WILLIAM H. STEELE
                         UNITED STATES DISTRICT JUDGE
```

---

[1] Bill Bateman is no longer the Warden of the Perry County Correctional Center.  Accordingly, pursuant to the provisions of Rule 25(d) of the Federal Rules of Civil Procedure, David O. Streiff, as Warden of that facility, is substituted for Bateman as a proper Respondent in this action.